UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERNEST FLENTALL,

        Plaintiff,

Case No.   10-13353

HONORABLE AVERN COHN

v.

TIMOTHY MOREY, et al,

        Defendants.
_____/

## JUDGMENT

For the reasons stated in the Order entered on December 07, 2011, judgment is entered in favor of defendants and against plaintiff and the case is DISMISSED.

DAVID WEAVER

Dated: December 7, 2011    By: s/Julie Owens
                                    Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, December 7, 2011, by electronic and/or ordinary mail.

        S/Julie Owens
        Case Manager, (313) 234-5160