UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERNEST FLENTALL,

        Plaintiff,

v.

TIMOTHY MOREY, et al,

        Defendants.
_____/

Case No.   10-13353

HONORABLE AVERN COHN

## JUDGMENT

For the reasons stated in theOrder entered on December 07, 2011, judgment is entered in favor of defendants and against plaintiff and the case is DISMISSED.

                              DAVID WEAVER

Dated: December 7, 2011      By: s/Julie Owens
                                   Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, December 7, 2011, by electronic and/or ordinary mail.

                              S/Julie Owens
                              Case Manager, (313) 234-5160